

**FILED**

NOV 1 4 2017

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN B. CONLEY,<br><br>Defendant. | **PO-16-5108-M-JCL**<br>CVB Violation No:<br>1122432, 1122433<br><br><br>ORDER |

Plaintiff's counsel, Bryan Whittaker, Assistant U.S. Attorney, submitted a letter to the Court dated November 4, 2016, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $750.00 to $150.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $150.00, **which has been paid in full**.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 1409 Cannon St., Helena, MT 59602.

CVB is directed to enter **PF** as the disposition code.

DATED this 14th day of November, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB